

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00403-CV

| | | |
|---|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES; MICHELLE MOORE, IN HER CAPACITY AS TRUSTEE AND PRESIDENT OF THE CARROLL INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES; SHERI MILLS, IN HER CAPACITY AS TRUSTEE OF THE CARROLL INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES; AND TODD CARLTON, IN HIS CAPACITY AS TRUSTEE OF THE CARROLL INDEPENDENT SCHOOL DISTRICT BOARD OF TRUSTEES, Appellants | § § § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-319405-20) |
| | § | October 14, 2021 |
| V. | | |
| KRISTIN GARCIA, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Wade Birdwell
      Justice Wade Birdwell